AO 91 (Rev. 11/11)   Criminal Complaint

FILED
2023 Apr-06  AM 10:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>ABELARDO RAMOS-TELLES,<br>CRISTIAN RAMOS CONTRERAS,<br>and MARIO CARROZA RAMIREZ<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)        Mag 23-152<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 5, 2023__ in the county of __Colbert__ in the __Northern__ District of __Alabama__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846; 841(a)(1) | Conspiracy to Possess with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*/s/ Julian Morris*
Complainant's signature

Julian Morris, DEA Special Agent
Printed name and title

Sworn to by telephone and signed electronically.

Date: April 6, 2023

*/s/ Judge*
Judge's signature

City and state: Birmingham, AL

Gray M. Borden, U.S. Magistrate Judge
Printed name and title

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**

| | |
|---|---|
| **AFFIDAVIT IN SUPPORT OF COMPLAINT** | <u>**UNDER SEAL**</u><br><br>**Mag No. 23-152** |

I, Julian Morris, a Special Agent with the Drug Enforcement Administration, after being duly sworn, declare as follows:

1. I am currently assigned to the Birmingham District Office. I have been assigned to the DEA Birmingham District Office since February 2023. Prior to this assignment, I have been an Officer with the Virginia Beach Police Department since July 2013, and during that time I have held several different positions. Also during that time, I have been assigned to numerous investigations involving narcotics trafficking activities.

2. As a part of my official duties as a Special Agent with DEA, I investigate criminal violations of the federal narcotics laws, including, but not limited to, Title 21, United States Code, Sections 841(a)(1), Possession with the Intent to Distribute and Distribution of Controlled Substances; and 846, Conspiracy to Possess with the Intent to Distribute and Distribute Controlled Substances.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This

affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. I am personally involved in the investigation of the offenses referred to herein, and I have participated in the normal methods of investigation, including, but not limited to, visual surveillance, the general questioning of witnesses, and the review of reports related to the investigation.

## PROBABLE CAUSE

5. The United States, including the DEA, is conducting a criminal investigation into drug trafficking via delivery service into the Birmingham, AL area, regarding possible violations of Title 21, United States Code, Sections 841(a)(1), Possession with the Intent to Distribute and Distribution of Controlled Substances, and 846, Attempt to Possess and Conspiracy to Possess with the Intent to Distribute and Distribution of Controlled Substances.

6. More specifically, the Drug Enforcement Administration (DEA) Laredo District Office (DO) is currently conducting an investigation regarding shipments coming through the Laredo, Texas Port of Entry containing drugs comingled with legitimate cargo. Over the course of their investigation, Laredo agents have identified a consolidated shipping company located in Tonala, Jalisco, Mexico responsible for shipping parcels through Laredo, Texas. On March 24, 2023, Laredo DO in coordination with Laredo Homeland Security Investigations (HSI)

2

and Laredo Customs and Border Protection (CBP), identified a tractor-trailer containing consolidated parcels from the aforementioned company.

7. The tractor-trailer was referred for secondary inspection. During that inspection, CBP conducted a physical search of the parcels and identified two small ovens destined to a shipping company located on the 3000 block of Industrial Parkway in Birmingham, Alabama. The parcel contained a bill of lading identifying David Hernandez Gonzalez as the consignee for the parcel. The address for the consignee was the terminal for the shipping company in Birmingham, Alabama. The phone number listed was (747) 104-4390. Agents identified this number through records checks as a Mexican number out of Guerrero, Mexico.

8. CBP utilized the VIKEN (a handheld x-ray device) and discovered anomalies within the side walls of the ovens. An intrusive inspection by CBP utilizing a drill, revealed a white powdery substance that field tested positive for heroin. A total of nine bundles of suspected white heroin containing "Apple" and "Jeep" stamping, weighing approximately 9.5 kilograms were removed from the ovens.

9. The suspected heroin and two ovens were turned over to the Laredo DO for delivery to Alabama. The Laredo DO coordinated with the shipping company to arrange for delivery of the package on April 4, 2023. On April 3, 2023, Laredo agents transported the two ovens to the Birmingham DO. Agents repackaged the stoves and filled the ovens with a "sham" substance, along with a tracking device

in both ovens. The removed suspected heroin is being maintained in DEA custody for shipment to the DEA Southeast Laboratory for further testing.

10. The "sham" oven package was placed on a pickup dock at approximately 9:00 a.m. on April 4, 2023, while agents waited nearby, maintaining visual surveillance of the package. The shipping company contacted the Mexican number listed on the bill of lading and advised the package had arrived and was ready for pick-up. The unknown individual who answered the phone did not speak English and responded in Spanish "I don't know, I don't know" and then hung up. The package was not picked up on the aforementioned date. Pickups to the public terminated at 8:00 p.m., at which time, the package was stowed away in a truck belonging to the shipping company.

11. The shipping company sent an email to the consolidated shipping company in Mexico, advising that storage fees would be charged if not picked up within 24 hours. The consolidated shipping company responded that the package would be picked up between 11am and 5pm.

12. On April 5, 2023 at approximately 8:00 a.m., agents returned to the location to wait for pickup. At approximately 2:15 p.m., an individual arrived to pick up the package, presenting a Mexican driver's license with the name David Hernandez Gonzalez listed. That individual was later identified as Mario CARROZA RAMIREZ. Mario CARROZA RAMIREZ loaded the oven package into a

4

Chevrolet truck and drove to a Mexican restaurant nearby. There, Mario CARROZA RAMIREZ met with two other individuals driving a white Nissan Pathfinder. The driver of the Pathfinder was positively identified by agents as the registered owner of the vehicle, Abelardo RAMOS-TELLES, and the passenger was later identified as Cristian RAMOS CONTRERAS. The three individuals then began driving in tandem in the direction of Sheffield, Alabama, constantly surveilled by agents.

13. On April 5, 2023, at approximately 5:45 p.m., Mario CARROZA RAMIREZ completed transport of the oven package to an outbuilding located at 1801 Frey Ave in Sheffield, Alabama where it was unloaded by CARROZA RAMIREZ, RAMOS CONTRERAS and RAMOS-TELLES and taken inside the outbuilding.

14. Within minutes of unloading the package into the outbuilding, all three individuals stood outside of the residence at the back of their truck at 1801 Frey Ave.

15. At this time, agents approached the individuals. RAMOS CONTRERAS gave consent to the search of the residence and the outbuilding. Agents secured the oven package in the outbuilding.

16. Based on the foregoing, your affiant submits that probable cause exists for the issuance of a complaint and arrest warrants for Mario CARROZA RAMIREZ, Abelardo RAMOS-TELLES, and Cristian RAMOS CONTRERAS, for violations

of 21 U.S.C. § 846, Conspiracy to Possess with the Intent to Distribute a Controlled Substance.

*Julian Morris*
_____
Julian Morris
Special Agent
Drug Enforcement Administration


Sworn to by telephone and signed electronically this 6th day of April, 2023

_____
Gray M. Borden
United States Magistrate Judge
Northern District of Alabama